· CASE No. 806.

CRANE, BOYLSTON & CO. v. MOSES.

1.  The law requiring notice of appeal to be served upon the clerk of the
    Circuit Court, was repealed by implication by act of December 19th, 1878·
    16 *Stat.* 698.
2.  Distinction drawn between this case and *Kibler* v. *McIlwaine*, 12 *S. C.* 555.

Motion to dismiss appeal upon the ground that notice of the
appeal was not served upon the clerk of the Circuit Court, as
required by Section 353 of the code of procedure.

*Messrs. W. W. Harllee* and *E. W. Moise*, for motion.

*Mr. J. T. Walsh*, contra.

January 15th, 1880.   The opinion was delivered

PER CURIAM.   The appeal in this case was taken since Feb-
ruary 1st, A. D. 1879, and is accordingly affected by the provis-
ions of the act of December 19th, 1878.   16 *Stat.* 698.   That
act does not require the notice of appeal to be served upon the
clerk, and as it assumes to prescribe the mode of appealing, as
well as the time within which an appeal may be taken, it must
be regarded as having repealed the pre-existing provisions of law
requiring such notices to be served upon the clerk.   This repeal
does not interfere with the provisions prescribing the mode by
which its record on the appeal is to be prepared and transmitted
to this court, as now prescribed by law and the rules of this
court, except so far as specifically modified by the act in question.
In *Kibler* v. *McIlwaine*, 12 *S. C.* 555, the appeal was taken be-
fore the day in which the act in question took effect, and accord-
ingly the decree in that case is not applicable to the present
question.

The motion to dismiss the appeal on the ground that notice of
the appeal was not served upon the clerk, has been already denied.